E-FILED: 12/22/10

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *De Anna Sharpe,* <br>             Plaintiff, <br>             v. <br> *3M Unitek, et al.* <br>             Defendants. | CASE NO. CV 10-8898-GHK (AJWx) <br><br> **JUDGMENT** |

Pursuant to the Court's December 22, 2010 Order, IT IS HEREBY ADJUDGED that Plaintiff De Anna Sharpe's ("Plaintiff") claims against Defendants 3M Unitek, John Barkholtz, and Min Jiang are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 22, 2010

_____
GEORGE H. KING
United States District Judge